IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ANTONIO ROBLES-RAMOS, ET AL.<br>Defendants. | CASE NO. 99-125(JAF) |

**UNITED STATES OF AMERICA'S MOTION TO WITHDRAW AS THE ASSISTANT UNITED STATES ATTORNEY ASSIGNED TO THE CASE**

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through its undersigned attorneys and respectfully states and prays as follows:

1. That as of October 3, 2006, Desirée Laborde-Sanfiorenzo is not the Assistant United States Attorney responsible for the prosecution of the above-captioned case.

WHEREFORE, the United States respectfully requests that this Honorable Court take notice of the foregoing and grant the withdrawal of Desirée Laborde-Sanfiorenzo as the attorney responsible for the prosecution of the instant case.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico this 4th day of October, 2006.

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

/S/ *Desirée Laborde-Sanfiorenzo*
Desirée Laborde-Sanfiorenzo
USDC No. 208110
Assistant United States Attorney
United States Attorney's Office
Chardón Tower, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel: (787) 766-5656
Fax: (787) 766-5398
Email: desiree.laborde@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel(s) for each of the defendant(s).

At San Juan, Puerto Rico this 4th day of October, 2006.

/S/ *Desirée Laborde-Sanfiorenzo*
Assistant U.S. Attorney